IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**HARIS KHAN,**

   *Plaintiff*,

v.                                                                    Case No.: 1:22cv73-MW/GRJ

**NAVIENT CORPORATION,**

   *Defendant.*
_____/

**ORDER ACCEPTING IN PART AND REJECTING IN PART
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections, ECF No. 5. This Court agrees with the Magistrate Judge that Plaintiff has failed to state a claim. However, while it is certainly a close call, and this Court understands why the Magistrate Judge recommends denial of the IFP motion, this Court disagrees with the recommendation and in its discretion grants Plaintiff's motion to proceed IFP. Accordingly,

   **IT IS ORDERED**:

The report and recommendation, ECF No. 4, is **accepted in part and rejected in part**, as this Court's opinion. Plaintiff has failed to state a claim. However, he has leave to file an amended complaint on or before May 4, 2022. In addition, Plaintiff's

motion to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**. This matter is remanded to the Magistrate Judge for further proceedings consistent with this Order.

**SO ORDERED** on April 14, 2022.

s/Mark E. Walker               
**Chief United States District Judge**
