IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**HARIS N. KHAN,**

*Plaintiff*,

v.    Case No.: 1:22cv73-MW/MJF

**NAVIENT CORPORATION,**

*Defendant*.
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute and failure to comply with court orders." The Clerk shall close the file.

**SO ORDERED** on September 6, 2022.

s/Mark E. Walker                
**Chief United States District Judge**